UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:11-CR-60142-MO-02 |
| v. | ORDER OF DISMISSAL OF SUPERSEDING INDICTMENT & |
| KATHY SUE (SUSIE) BETTENCOURT, | SUPERSEDING INFORMATION |
| **Defendant.** | |

The Court, having reviewed the motion of the United States of America and being fully advised in the premises:

IT IS HEREBY ORDERED that the Superseding Indictment filed on April 17, 2014, and the Superseding Information filed on July 2, 2014, in the above-titled case are dismissed with prejudice.

DATED this 12th day of December 2014.

_____
The Honorable Michael W. Mosman
UNITED STATES DISTRICT JUDGE

Presented by:

S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon

*s/ Scott Erik Asphaug*
SCOTT ERIK ASPHAUG, OSB #833674
Assistant United States Attorney